**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5064
email: **JRFESQ61@aol.com**

September 6, 2011

<u>BY ECF</u>
Hon. Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                Re:  <u>United States v. Felix Lanting</u>
                       10 Cr 998 (RRM)

Dear Judge Mauskopf:

      When I last appeared before Your Honor, I had been scheduled to commence a lengthy RICO trial before Judge Johnson on September 6, 2011. In light of my then trial schedule, Your Honor scheduled a conference in Dr. Lanting's case for September 8, 2011 at 4:30 p.m.. Recently, however, the case before Judge Johnson was disposed of without a trial. As a result, I am respectfully requesting that the time for the conference in Dr. Lanting's case be changed from the 4:30 p.m. on September 8th to the morning of September 8th, assuming this change is convenient with Your Honor.

      The government has consented to this request.

                                Respectfully yours,

                                     /JRF/

                                James R. Froccaro, Jr.

JRF:tp