**JAMES R. FROCCARO, JR.**
**Attorney at Law**
**20 Vanderventer Avenue, Suite 103W**
**Port Washington, NY 11050**
**telephone: (516) 944-5062**
**fax: (516) 944-5066**
**email: JRFESQ61@aol.com**

February 21, 2012

BY ECF
Hon. Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  United States v. Felix Lanting
10 Cr 998 (RRM)

Dear Judge Mauskopf:

By this letter, I am respectfully requesting that the conference in this matter presently scheduled for 11:00 a.m. on February 23, 2012, be adjourned to March 9, 2012.  The reason for this request is that I am a solo practitioner and in the throes of preparing for a trial before Judge Dearie that is scheduled to start on February 27, 2012, in United States v. Igor Pokrasov, 10 Cr 875 (RJD).

The government has consented to this request.

Respectfully yours,
/JRF/
James R. Froccaro, Jr.

JRF:tp